ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 94582
Telephone: 707-462-1844
Facsimile: 707-468-0522

Attorney for Defendant
PAUL SAYERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-1136 CRB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXONERATING BOND |
| PAUL SAYERS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN the Court hereby orders that the bond set as a condition for Mr. Sayers' pretrial release is hereby exonerated. The Clerk of the Court is instructed to reconvey its interest in the security posted as a condition of said bond forthwith.

Dated: December 17, 2010

_____
HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order Exonerating Bond